**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**

ALBERT ALEX HAZZOURI, JR.,

Plaintiff,

v.

ROBERT F. KENNEDY JR., in his official capacity as Secretary of Health and Human Services,

Defendant.

CIVIL ACTION NO. 3:25-CV-01296

(SAPORITO, J.)

# ORDER

AND NOW, this 24th day of September, 2026, in accordance with the accompanying Memorandum, **IT IS HEREBY ORDERED THAT**:

1. The Secretary's motion to dismiss pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, and in the alternative, motion for summary judgment under Rule 56 of the Federal Rules of Civil Procedure (Doc. 10) is **GRANTED**;

2. The Secretary's decision to exclude the plaintiff from participation in federal funded health care pursuant to 42 U.S.C. § 405(g) and 42 U.S.C. §1320a-7(a)(2) is **AFFIRMED**;

3. The plaintiff's Fifth Amendment due process claims, Fifth Amendment equal protection claim, and Administrative Procedure Act

claim are **DISMISSED;** and

4. The Clerk of Court is directed to enter judgment in favor of the Secretary and against the plaintiff concerning the decision to exclude the plaintiff from participation in federal funded health care pursuant to 42 U.S.C. § 405(g) and 42 U.S.C. §1320a-7(a)(2) and to mark this case CLOSED.

Dated: September 24, 2026

*s/Joseph F. Saporito, Jr.*
JOSEPH F. SAPORITO, JR.
United States District Judge